IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK HOWARD,

    Plaintiff,                                     JUDGMENT IN A CIVIL CASE

v.                                                 11-cv-629-bbc

PATRICK HOOPER, JANEL NICKEL,
HEAD WARDEN OF C.C.I.,
LT. SABASH and SGT. SCHNEITER,

    Defendants.

This action came for consideration before the court with Magistrate Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to as to all claims against Janel Nickel, Lt. Sabash, Sgt. Schneiter and the Head Warden of C.C.I., granting summary judgment in favor of Patrick Hooper, and dismissing this case.

_Peter Oppeneer_                            12/21/12
Peter Oppeneer, Clerk of Court                 Date